

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et. al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>R.W.C. CONSTRUCTION, LLC, )<br><br>Defendant. ) | Case No.: 11 CV 4040<br><br>Judge: Der-Yeghiayan |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on June 14, 2011 and the Defendant was personally served with copies of Complaint and Summons; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default Judgment is hereby entered against the Defendant in accordance with the relief sought in the Complaint; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered on behalf of the Plaintiffs and against the Defendant, R.W.C. CONSTRUCTION, LLC., in the sum of $87,455.49 representing the following amounts:

| | |
|---|---|
| Unpaid Contributions for the months February, March, April, May and June 2011 | $ 75,017.97 |
| Liquidated damages | $ 7,501.80 |
| Attorney Fees | $ 1,935.00 |
| Interest | $ 3,000.72 |
| **Grand Total**.................................................................... | **$ 87,455.49** |

ENTERED:

_____
HON. SAMUEL DER-YEGHIAYAN

DATE: August 30, 2011

---

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343